No attorney on appeal for appellant.

Ewing Werlein, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $750.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed. No motion for rehearing will be entertained.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The offense is the sale of whisky in a dry area, with two prior convictions for an offense of like character; the punishment, a fine of $400.

The record is brought forward without statement of facts or bills of exception. The proceedings appear regular and nothing is presented for review.

The judgment is affirmed.

**JOHNSON v. STATE.**

No. 26934.

Court of Criminal Appeals of Texas.

June 2, 1954.

**SIMMONS v. STATE.**

No. 27023.

Court of Criminal Appeals of Texas.

June 2, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.